# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of: )
)
TIFFANY E. CARON, Chapter 7 Trustee )  Chapter: 7
)
)
vs. )  Case No.: 18-41301-EJC
)
ONEMAIN CONSUMER LOAN, INC. )
)  Adversary Proceeding No.: 19-04004
)
)

## DISCLOSURE STATEMENT
### S.D. Ga LR 7.1.1

The undersigned, counsel of record for _____TIFFANY E. CARON, Chapter 7 Trustee_____ certifies that the following is a full and complete list of the parties in this action:

| Name | Identification and Relationship |
|---|---|
| TIFFANY E. CARON | Chapter 7 Trustee |
| ONEMAIN CONSUMER LOAN, INC. | Creditor/Defendant |
| Travis Michael Taylor | Debtor |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| Name | Identification and Relationship |
|---|---|
| ONEMAIN CONSUMER LOAN, INC. | See attached. |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| Name | Identification, Relationship and Interests |
|---|---|
| | |

Dated: 1/9/19

By: s/ Tiffany E. Caron
Attorney Name:

P.O. Box 9056
Address

Savannah                    GA        31405
City                        State     Zip

4046474917                  745089
Telephone                   Bar ID

Print

## OneMain

## Executive Officers

**Douglas H. Shulman**
PRESIDENT AND CHIEF EXECUTIVE OFFICER

**John C. Anderson**
EXECUTIVE VICE PRESIDENT, LEGAL, COMPLIANCE AND OPERATIONAL RISK

**Robert A. Hurzeler**
EXECUTIVE VICE PRESIDENT AND CHIEF OPERATING OFFICER

**Scott T. Parker**
EXECUTIVE VICE PRESIDENT AND CHIEF FINANCIAL OFFICER

## Board of Directors

**Jay N. Levine**
CHAIRMAN OF THE BOARD

**Douglas H. Shulman**
PRESIDENT AND CHIEF EXECUTIVE OFFICER

**Marc E. Becker**
DIRECTOR

**Roy A. Guthrie**
DIRECTOR

**Valerie Soranno Keating**
DIRECTOR

**Aneek S. Mamik**
DIRECTOR

**Matthew R. Michelini**
DIRECTOR

**Peter B. Sinensky**
DIRECTOR

**Richard A. Smith**
DIRECTOR