IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| | § | Chapter 7 |
| TRAVIS MICHAEL TAYLOR, | § | Case Number: 18-41301-EJC |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| | § | |
| TIFFANY E. CARON, | § | |
| Chapter 7 Trustee, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Adversary Number: 19-04004 |
| | § | |
| | § | |
| ONEMAIN CONSUMER LOAN, INC. | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF DEFERRAL OF FILING FEE**

Tiffany E. Caron, ("Trustee") files this notice of deferral of the filing fee for the above-captioned Adversary Proceeding until such time as there are liquid funds from which to pay the fee. Should liquid funds be realized from the estate, the fee will be paid to the Clerk at the disbursement of funds following the administration of the estate or such other time as the Court may order.

This 9th day of January, 2018.                    Respectfully submitted,

/s/ Tiffany E. Caron
Tiffany E. Caron
Ga. Bar # 745089
Attorney for Trustee

P.O. Box 9056
Savannah, GA 31412
Tel:    (404) 647-4917
Tiffany.caron@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | § § | **Chapter 7** |
| TRAVIS MICHAEL TAYLOR, | § § | **Case Number: 18-41301-EJC** |
| Debtor. | § § | |

| | | |
|---|---|---|
| TIFFANY E. CARON, Chapter 7 Trustee, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § § | **Adversary Number: 19-04004** |
| ONEMAIN CONSUMER LOAN, INC. | § § § | |
| Defendant. | § | |

CERTIFICATE OF SERVICE

I, Tiffany E. Caron do hereby certify that I have this date served the Notice of Deferral of Filing Fee upon the following by depositing a copy of the same in the United States mail with proper postage affixed or via the Court's ECF system:

Office of the U. S. Trustee
Johnson Square Business Center
2 East Bryan Street, Ste 725
Savannah, GA 31401

Travis Michael Taylor
111 Cantyre St.
Savannah, GA 31407

And

All other creditors and parties in interest automatically receiving notice through the Court's ECF Filing System

This 9th day of January, 2019.

/s/  Tiffany E. Caron
Tiffany E. Caron
Georgia Bar Number 745089
Attorney for Trustee

P.O. Box 9056
Savannah, GA 31412
Tel:     (404) 647-4917
Tiffany.caron@hotmail.com